AO 91 (Rev. 11/11) Criminal Complaint      AUSA Charles W. Mulaney (312) 469-6042

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DEMETRIUS HARRELL

CASE NUMBER: 17CR 772

**FILED**
NOV 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE GILBERT

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 25, 2017, at Calumet City, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by force and intimidation, attempted to take, from the person and presence of a bank employee, money belonging to and in the care, custody, control, management, and possession of First Savings Bank of Hegewisch, 1100 Sibley Road, Calumet City, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation |

This criminal complaint is based upon these facts:

   X    Continued on the attached sheet.

MICHAEL K. PEETZ
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: <u>November 27, 2017</u>

*Judge's signature*

City and state: <u>Chicago, Illinois</u>      <u>JEFFREY T. GILBERT, U.S. Magistrate Judge</u>
*Printed name and Title*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ss |
| NORTHERN DISTRICT OF ILLINOIS | |

## AFFIDAVIT

I, MICHAEL K. PEETZ, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2007. My current responsibilities include the investigation of violent crimes, criminal enterprises, and violations of federal firearms laws.

2. This affidavit is submitted in support of a criminal complaint alleging that Demetrius Harrell has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging HARRELL with attempted bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, including my interviews of witnesses and the defendant, and information provided to me by other law enforcement agents.

**FACTS SUPPORTING PROBABLE CAUSE**

4. On November 25, 2017, at approximately 9:12 a.m., HARRELL attempted to rob the First Savings Bank of Hegewisch, located at 1100 Sibley Boulevard, Calumet City, Illinois. As detailed below, the five bank employees who

were present at time of the robbery were interviewed by law enforcement and gave statements. Law enforcement pursued and arrested HARRELL when he fled the scene, and three employees positively identified him as the robber. HARRELL was later interviewed by law enforcement and admitted to attempting the robbery.

### *Victims 1's Statement*

5. According to the assistant bank manager ("VICTIM 1"), on the morning of November 25, 2017, he/she observed the bank robber wearing a red scarf walk past the west entrance of the bank. The bank robber then entered the east entrance of the bank and asked VICTIM 1 about opening a checking account. The bank robber then pulled out a note and a green bag that he gave to VICTIM 1. The note, which was later recovered by law enforcement, stated: "give me 40,000 all Big Bill 100's and 50's before I start shooting you got three minutes don't play with me my Police Scanner on. no dye Pack or trackin device or shooting everybody in here." When the bank robber pulled out the note and put it on the desk, VICTIM 1 noticed that he had a silver object poking out of his coat that looked like a gun.

6. VICTIM 1 then got up from behind his/her desk and walked through the locked door leading to the area behind the teller counter, where he/she notified his/her co-workers of the bank robbery. All of the employees present in the bank moved to the kitchen, which was adjacent to the teller side of the teller counter. A short time later, VICTIM 1 observed that someone, who he/she believed to be the bank robber, attempted to push through the door from the teller area into the kitchen where the

employees were located. VICTIM 1 and the other employees pushed back at the door from the kitchen until the pushing from the outside stopped.

7. VICTIM 1 described the bank robber as being a black male, in his late 20's or 30's, with a thin build, 6'2" to 6'4" in height, and wearing a red scarf covering his face.

### *Victim 2's Statement*

8. According to an assistant bank teller ("VICTIM 2"), on the morning of November 25, 2017, he/she was working behind the teller counter when he/she observed the bank robber approach the teller counter. VICTIM 2 told the bank robber to remove his scarf from his face, but the bank robber told VICTIM 2 that he had a cold. Shortly after, VICTIM 1 came behind the teller counter and showed VICTIM 2 the note and the green shopping bag. VICTIM 2 then approached VICTIM 3, who was in the teller area working with a customer, and told him/her to finish the customer's transaction. VICTIM 2 observed the bank robber spinning his finger in a circular motion, which VICTIM 2 believed was the bank robber indicating that they should hurry up. After the customer left, VICTIM 2 went into the kitchen area with the other employees. VICTIM 2 stated that someone, who VICTIM 2 believed to be the bank robber, started pushing against the kitchen door as VICTIM 2 and the other employees pushed back, and then the pushing stopped.

9. VICTIM 2 described the bank robber as being a black male, 24-28 years old, with a thin build, 6'2" in height, wearing a red scarf covering his face, and having something on his head, possibly a hood.

### *Victim 3's Statement*

10. According to a personal banker ("VICTIM 3"), on the morning of November 25, 2017, he/she observed the bank robber enter the east door of the bank, who he/she described as a black male wearing a hat and a red scarf covering his face up to his eyes. VICTIM 3 saw the bank robber sit at VICTIM 1's desk. VICTIM 3 followed VICTIM 1 from the lobby to the teller area, where VICTIM 1 showed VICTIM 3 the note that VICTIM 1 reported receiving from the bank robber. After reading the note, VICTIM 3 went into the kitchen area and called 911. After the only customer in the bank left, the other employees joined VICTIM 3 in the kitchen. At one point, someone who VICTIM 3 believed to be the bank robber pushed at the door to the kitchen and all of the employees pushed back. VICTIM 3 stated that the bank robber pushed on the kitchen door approximately three to four times, but was not able to enter.

### *Victim 4's Statement*

11. According to a bank teller ("VICTIM 4"), on the morning of November 25, 2017, he/she was working with a customer at the teller counter at the time of the attempted robbery. At one point, VICTIM 4 overheard two of his/her co-workers discussing the bank being robbed. VICTIM 4 continued to work with his/her customer. VICTIM 4 observed the bank robber pacing back and forth at the customer side of the teller counter. As VICTIM 4's customer was leaving, VICTIM 4 overheard the bank robber ask the customer how she was doing and told her to have a nice day. After the customer exited, the bank robber came up to VICTIM 4's window and

displayed what appeared to be a silver handgun, which he tapped on the metal plate at the teller counter while telling the employees to "hurry up." VICTIM 4 then walked into the kitchen area and closed the door. VICTIM 4 and the other employees pushed back on the kitchen door as someone, who VICTIM 4 believed to be the bank robber, attempted to push his way into the kitchen.

12. VICTIM 4 described the bank robber as being a tall, thin, black male, wearing a red jacket, black pants with a silver chain hanging from his pants area, and a scarf covering part of his face.

### *Victim 5's Statement*

13. According to another bank teller ("VICTIM 5"), on the morning of November 25, 2017 he/she was working behind the teller counter and first saw the bank robber as he approached the teller counter. VICTIM 5 then went into the kitchen with the other employees. VICTIM 5 pushed against the door with the other employees and observed that someone, who VICTIM 5 believed to be the bank robber, was attempting to get into the kitchen.

14. VICTIM 5 described the bank robber as being light skinned, over 6 foot tall, and wearing a red Chicago Blackhawks scarf and a hat.

### *Surveillance Video and Other Information From the Scene*

15. The surveillance video from inside the bank, which was reviewed by law enforcement following the robbery, showed the bank robber pacing back and forth outside the teller area wearing a hat, red scarf, red jacket, one black glove, and one grey glove. The surveillance video showed the bank robber with what appears to be

5

a gun in his hand. The surveillance video further shows the bank robber climb onto the customer side of the teller counter before going out of view of the camera.

16. After responding to the scene at the bank, law enforcement observed that the teller side of the teller counter was separated by a partition made of glass and wood that did not go to the ceiling and left enough room for the robber to climb over. Footwear impressions were found on both sides of the teller counter.

17. After the bank robbery attempt, bank employees completed an audit and confirmed that the bank robber did not receive any money during the attempted bank robbery. Bank personnel identified the bank as being insured by the Federal Deposit Insurance Corporation at the time of the attempted robbery.

### *Apprehension of Demetrius Harrell*

18. According to OFFICER 1, on the morning of November 25, 2017 he/she responded to a call of an armed robbery in progress at 1100 Sibley Boulevard, and was told that a black male wearing a red jacket was inside of the bank and had displayed a note demanding money. OFFICER 1 pulled into a strip mall east of the bank, where he/she observed a black male subject (later identified as DEMETRIUS HARRELL) wearing a red jacket, a red and black knit hat, and a red scarf. OFFICER 1 observed HARRELL exit the east entrance door of the bank with both hands in his pockets. OFFICER 1 waited until HARRELL was away from the bank, and then pulled up alongside HARRELL, who was walking northbound on Exchange Avenue away from the bank. OFFICER 1 opened his driver's side window, pointed his weapon at HARRELL, and ordered him to the ground. HARRELL then fled west

through an alley just north of the bank, jumped a fence, and went northbound through a residential neighborhood. OFFICER 1 followed HARRELL's path and observed HARRELL cross an alley without his red jacket, but with his red and black hat.

19. According to OFFICER 2, after responding to the scene on the morning of November 25, 2017, he/she saw HARRELL in a backyard on Harding Avenue north of the bank. OFFICER 2 took HARRELL into custody and observed that he was wearing one black glove and one grey glove. OFFICER 1 went to OFFICER 2's location and identified HARRELL as the subject who fled from him/her after leaving the bank. OFFICER 1 then backtracked the flight path that he/she observed HARRELL's take, and recovered a red and black knit hat, a red scarf, and a red jacket.[1]

20. HARRELL was then placed into the backseat of OFFICER 3's squad car. Law enforcement transported VICTIMS 1-5 to the location where HARRELL was sitting in OFFICER 3's squad car. VICTIM 1, VICTIM 2, and VICTIM 4 all positively identified HARRELL as the bank robber. VICTIM 5 said that the bank robber matched the physical description of the bank robber, but could not identify the bank robber with certainty. Law enforcement at the scene did not report any identification by VICTIM 3.

---

[1] At this time, law enforcement has not located the object in HARRELL's hand shown on the surveillance video, which was reported by VICTIM 1 and VICTIM 4 to be a gun.

### *Harrell's Statement*

21. At approximately 1:06 p.m., law enforcement advised HARRELL of his *Miranda* rights. HARRELL signed a waiver of those rights and provided a recorded statement.

22. In his statement, HARRELL admitted to being the subject who attempted the bank robbery. HARRELL stated that he wrote the above-described demand note just prior to the robbery with a piece of paper that he had in his pocket.

23. HARRELL further stated that he entered the bank, walked up to two employees working in the bank, and inquired about opening an account before giving them the note. HARRELL stated that when everyone was out of his sight, he climbed over the counter and tried to get into the room adjacent to the teller area before leaving the bank. HARRELL further stated that he ran from the police after leaving the bank.

FURTHER AFFIANT SAYETH NOT.

MICHAEL K. PEETZ
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on November 27, 2017.

JEFFREY T. GILBERT
United States Magistrate Judge